**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
100 Pine Street, Suite 1250
San Francisco, CA 94102
Tel: (415) 534-1911
Fax: (888) 422-5191

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHEN, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; and DOES 1-100, inclusive<br><br>Defendants. | CASE NO: 23-cv-1762-DMS-DEB<br><br>**DECLARATION OF JAMES M. TREGLIO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO BIFURCATE DISCOVERY**<br><br>Hearing<br>Date: April 19, 2024<br>Time: 1:30pm<br>Courtroom: 13A (13th Floor)<br>Judge: The Hon. Dana M. Sabraw |

### DECLARATION OF JAMES M. TREGLIO

I, James M. Treglio, declare and state as follows:

1. I am an attorney at law duly authorized to practice law in the State of California. I am one of the attorneys for Jeffrey Chen ("Plaintiff"). I have personal knowledge of the following facts and if called upon as a witness I could and would competently testify to the matters stated herein.

DECLARATION OF JAMES M. TREGLIO ISO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO BIFURCATE DISCOVERY
1

2. This declaration is made in support of Plaintiff's Opposition to Defendants' Motion to Bifurcate Discovery ("Opposition").

**LIST OF EXHIBITS**

3. True and correct copies of following described documents are, as indicated, attached hereto as the following exhibits. The following described documents are referred to in Plaintiff's Opposition.

Exhibit A: Plaintiff's Interrogatories Propounded on February 20, 2024.

Exhibit B: Plaintiff's First Set of Requests for Production Propounded on February 20, 2024.

Exhibit C: Plaintiff's Requests for Admissions Propounded on February 20, 2024.

4. As an attorney with Potter Handy, LLP, I am completely familiar with my firm's file-keeping procedures. All of the exhibits referenced in proceeding paragraphs are true and correct copies taken directly from my firm's files in relation to this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration is executed on April 5, 2024 in San Diego, California.

/s/ James M. Treglio

_____

James M. Treglio